

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00053-CV

| | | |
|---|---|---|
| ALICE JONES MCDANIEL, INDEPENDENT EXECUTRIX OF THE ESTATE OF JAN LYNN JONES, DECEASED, Appellant | § | On Appeal from the 153rd District Court |
| | § | of Tarrant County (153-301726-18) |
| V. | | |
| | § | March 20, 2025 |
| CROWLEY INDEPENDENT SCHOOL DISTRICT; AND OMNI FINANCIAL GROUP, INC., D/B/A U.S. OMNI, Appellees | § | Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Alice Jones McDaniel, Independent Executrix of the Estate of Jan Lynn Jones, Deceased must pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach